**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CONNERS,<br>Petitioner,<br>v.<br>L. LUNDY, Warden,<br>Respondent. | Case No. 5:25-cv-01596-AH (SK)<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Deny Habeas Petition, any pertinent records as needed, and Petitioner's objections (ECF 26). The Court has reviewed de novo those identifiable portions of the R&R to which Petitioner has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court finds Petitioner's objections lack merit and do not in any event alter the material findings and conclusions in the R&R. The Court thus accepts the recommendation and orders that the petition under 28 U.S.C. § 2254 be DENIED for the reasons stated in the R&R. Judgment dismissing this action with prejudice will be entered accordingly.

IT IS SO ORDERED.

DATED: NOVEMBER 23, 2026

ANNE HWANG
United States District Judge