**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ANTHONY CONNERS,

Petitioner,

v.

L. LUNDY, Warden,

Respondent.

Case No. 5:25-cv-01596-AH (SK)

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, IT IS ADJUDGED that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: NOVEMBER 23, 2026

ANNE HWANG
United States District Judge